FILED
NOV 21 2017
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 3:17cr86 |
| v. | Violations: 18 U.S.C. § 1028A |
| | 18 U.S.C. § 1343 |
| AYODELE HARRISON ARASOKUN, | 18 U.S.C. § 1349 |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Commit Wire Fraud)

1. From in or around January 2016, and continuing through the date of this Indictment, in Berkeley County, in the Northern District of West Virginia, and elsewhere, defendant **AYODELE HARRISON ARASOKUN** and others knowingly and intentionally conspired and agreed to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, through the transmission of wire communications in interstate commerce in violation of Title 18, United States Code, Section 1343.

*Object of the Conspiracy*

2. The object of the conspiracy was for defendant **AYODELE HARRISON ARASOKUN** and others to unlawfully obtain tax refund money by filing fraudulent federal income tax returns.

1

*Manner and Means of the Conspiracy*

3. It was part of the conspiracy that the conspirators collected the names, dates of birth and Social Security numbers for numerous individuals.

4. It was further part of the conspiracy that, using such means of identifications, the conspirators prepared, filed and attempted to file fraudulent federal income tax returns that were processed at an Internal Revenue Service (hereinafter "IRS") facility in Martinsburg, West Virginia.

5. It was further part of the conspiracy that conspirators established accounts with financial institutions to deposit tax refunds by wire claimed in the fraudulent tax returns.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH ELEVEN

(Wire Fraud)

1. Paragraphs 1 through 5 of Count One above are incorporated herein by reference as if repeated and re-alleged in full.

2. From in or around January 2016, and continuing through the date of this Indictment, in Berkeley County, in the Northern District of West Virginia, and elsewhere, the defendant, **AYODELE HARRISON ARASOKUN,** devised and intended to devise a scheme and artifice to defraud the IRS and to obtain money by means of false and fraudulent pretenses, representations, and promises.

*The Scheme to Defraud*

It was part of the scheme to defraud that:

3. The defendant, **AYODELE HARRISON ARASOKUN,** unlawfully obtained the means of identification of individuals, including their names, dates of birth and Social Security numbers.

4. The defendant, **AYODELE HARRISON ARASOKUN,** used and aided and abetted the use of means of identification of individuals to prepare fraudulent income tax returns containing fictitious income amounts, withholdings, and other false information.

5. The defendant, **AYODELE HARRISON ARASOKUN,** filed and aided and abetted the filing of false federal individual income tax returns, which claimed tax refunds were owed. At all relevant times, these returns were processed at an IRS facility in Martinsburg, West Virginia.

6. The defendant, **AYODELE HARRISON ARASOKUN**, directed tax refunds to be deposited into the prepaid debit cards and bank accounts owned by others known and unknown to the Grand Jury.

7. The total amount claimed by the fraudulent returns in the scheme was at least $9,500,000.

*The Wire Communications*

8. On or about the dates listed below, the defendant, **AYODELE HARRISON ARASOKUN,** for the purpose of executing the scheme and artifice to defraud described above and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce writings, signs, signals, pictures and sounds for the purpose of executing such scheme and did aid, abet, counsel, command, induce, procure and willfully cause the transmission of the following wire communications in interstate commerce, each transmission constituting a separate count:

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| 2 | 1/19/2016 | Electronic tax return in the name of A.M. claiming a tax refund of $3,790, which was transmitted from California and received at the IRS Front End Processor in Martinsburg, West Virginia |
| 3 | 1/20/2016 | Electronic tax return in the name of A.G. claiming a tax refund of $3,790, which was transmitted from California and received at the IRS Front End Processor in Martinsburg, West Virginia |
| 4 | 2/24/2016 | Electronic tax return in the name of V.A. claiming a tax refund of $11,084, which was transmitted from California and received at the IRS Front End Processor in Martinsburg, West Virginia |
| 5 | 1/31/2017 | Electronic tax return in the name of M.A. claiming a tax refund of $2,997, which was transmitted from New Jersey and received at the IRS Front End Processor in Martinsburg, West Virginia |
| 6 | 1/31/2017 | Electronic tax return in the name of J.B. claiming a tax refund of $3,440, which was transmitted from New Jersey and received at the IRS Front End Processor in Martinsburg, West Virginia |
| 7 | 1/31/2017 | Electronic tax return in the name of N.B. claiming a tax refund of $6,250, which was transmitted from New Jersey and received at the IRS Front End Processor in Martinsburg, West Virginia |
| 8 | 1/31/2017 | Electronic tax return in the name of A.B. claiming a tax refund of $4,781, which was transmitted from New Jersey and received at the IRS Front End Processor in Martinsburg, West Virginia |
| 9 | 1/31/2017 | Electronic tax return in the name of M.A. claiming a tax refund of $5,605, which was transmitted from New Jersey and received at the IRS Front End Processor in Martinsburg, West Virginia |
| 10 | 1/31/2017 | Electronic tax return in the name of D.B. claiming a tax refund of $7,121, which was transmitted from New Jersey and received at the IRS Front End Processor in Martinsburg, West Virginia |
| 11 | 1/31/2017 | Electronic tax return in the name of J.B. claiming a tax refund of $10,370, which was transmitted from New Jersey and received at the IRS Front End Processor in Martinsburg, West Virginia |

All in violation of Title 18, United States Code, Section 1343.

## COUNTS TWELVE THROUGH TWENTY-ONE

(Aggravated Identity Theft)

1. Paragraphs 1 through 5 of Count One and paragraphs 1 through 8 of Count Two above are incorporated herein by reference as if repeated and re-alleged in full.

2. On or about the dates specified as to each count below, in Berkeley County, in the Northern District of West Virginia, and elsewhere, the defendant, **AYODELE HARRISON ARASOKUN**, did, without lawful authority, knowingly transfer, possess and use means of identification, that is, individuals' names, Social Security numbers and dates of birth of the following persons, during in and relation to the offense of wire fraud, a violation of 18 U.S.C. § 1343:

| COUNT | OFFENSE DATE | VICTIM |
|---|---|---|
| 12 | 1/19/2016 | A.M. |
| 13 | 1/20/2016 | A.G |
| 14 | 2/24/2016 | V.A |
| 15 | 1/31/2017 | M.A. |
| 16 | 1/31/2017 | J.B. |
| 17 | 1/31/2017 | N.B. |
| 18 | 1/31/2017 | A.B. |
| 19 | 1/31/2017 | M.A. |
| 20 | 1/31/2017 | D.B. |
| 21 | 1/31/2017 | J.B. |

All in violation of Title 18, United States Code, Section 1028A.

## FORFEITURE ALLEGATION

1.     Pursuant to Title 28, United States Code, Section 2461(c), Title 18, United States Code, Sections 981(a)(1)(C), 1956(c)(7)(D) and 1961(1), and Title 21, United States Code, Section 853, upon obtaining a conviction with respect to any of the wire fraud offenses charged in Counts One through Twenty-One of the Indictment, it is the intention of the United States to seek at sentencing the forfeiture of any property of any kind which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 1343, including a money judgment of at least $2,322,884.

2.     Pursuant to Title 28, United States Code, Section 2461(c), the government will seek forfeiture of substitute property up to the value of property subject to direct forfeiture that is not available for forfeiture on account of any act or omission contemplated by Title 21, United States Code, Section 853(p)(1).

A true bill,

/s/_____
Foreperson

/s/_____
WILLIAM J. POWELL
United States Attorney

ANDREW R. COGAR
Assistant U.S. Attorney

8